FILED
U.S. DISTRICT COURT

2012 MAY 10  A 11: 15

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| VINCENT BARELA,<br><br>Plaintiff,<br><br>vs.<br><br>TOM EDMUNSON,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:11-cv-718<br><br>Judge Dee Benson |

    Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on April 20, 2012, recommending that Plaintiff Vincent Barela's ("Plaintiff") case against Defendant Tom Edmunson be dismissed, and that Plaintiff's Motion for Service of Process (Dkt. No. 4) and Plaintiff's Motion to Appoint Counsel (Dkt. No. 5) be deemed moot.

    The parties were notified of their right to file objections to the Report and Recommendation within fourteen days after receiving it. Neither party has filed such an objection.

    Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation and

1

hereby DISMISSES Plaintiff's Complaint. Plaintiff's Motion for Service of Process and Motion to Appoint Counsel are DISMISSED as moot.

IT IS SO ORDERED.

DATED this 9 day of May, 2012.

_____
Dee Benson
United States District Judge